# Exhibit 2



# Notice of Data Incident

Horizon Actuarial Services, LLC ("**Horizon Actuarial**") is providing notice of a data privacy incident on behalf of itself and the benefit plans listed below to whom Horizon Actuarial provides technical and actuarial consulting services (the "Plans"). Horizon Actuarial received information regarding plan participants and their family members for business and compliance purposes.

- Airconditioning and Refrigeration Industry Health & Welfare Trust Fund
- Airconditioning and Refrigeration Industry Retirement Trust Fund
- Buffalo Laborers Pension Fund
- Buffalo Laborers Welfare Fund
- Central Pension Fund of the International Union of Operating Engineers and Participating Employers
- Fox Valley & Vicinity Labor Pension Plan

- Fox Valley & Vicinity Labor Welfare Plan
- IBEW Local 540 Pension Plan
- IBEW Local 64 Pension Plan
- Major League Baseball Players Benefit Plan
- National Hockey League Players Association Health and Benefits Fund
- National Roofing Industry Pension Plan
- OCU Health & Welfare Trust
- OCU Pension Trust
- Operating Engineers Local 324 Pension Plan
- Patriot Retirees Voluntary Employees' Beneficiary Association
- Rocky Mountain UFCW Health Benefit Plan for Retired Employees
- Rocky Mountain UFCW Retail and Meat Pension Plan
- Roofers Local 20 Pension Plan
- Roofers Local No. 20 Health & Welfare Plan
- Southern Nevada Culinary and Bartenders Pension Fund
- Teamsters Local 1034 Pension Fund
- Teamsters Local 27 Pension Fund
- Teamsters Local 295 Employers Group Welfare Trust
- Teamsters Local 813 Pension Fund
- ___vers Health & Welfare Fund
- ___vers P___ Fund
- UFCW & Employers Benefit Trust
- UFCW Comprehensive Ben___
- UFCW Intermountain Health Fund
- UFCW Local 711 & Retail Food Employers Benefit Fund
- United Union of Roofers Burial Benefit Fund

**HOME**     **ABOUT US**

**OUR SERVICES**     **RESOURCES**

**CAREERS**     **CONTACT US**

Horizon Actuarial Services, LLC®

## *What Happened?*

On November 12, 2021, Horizon Actuarial received an email from a group claiming to have stolen copies of personal data from its computer servers. Horizon Actuarial immediately initiated efforts to secure its computer servers and with the assistance of third-party computer specialists, launched an investigation

into the legitimacy of the claims in the email. Horizon Actuarial also provided notice to law enforcement. During the course of the investigation, Horizon Actuarial negotiated with and paid the group in exchange for an agreement that they would delete and not distribute or otherwise misuse the stolen information.

The investigation revealed that two Horizon Actuarial computer servers were accessed without authorization for a limited period on November 10 and 11, 2021. The group provided a list of information they claimed to have stolen. The types of information impacted may include names, dates of birth, Social Security numbers and health plan information.

We provided notice of the incident to the Plans impacted by this event beginning on January 13, 2022 and offered to provide notice on their behalf. Beginning on March 9, 2022, Horizon Actuarial began mailing letters to individuals associated with the Plans that authorized them to do so.  These letters include an offer of complimentary fraud and identity theft support services and credit monitoring.

### What We Are Doing.

Horizon Actuarial takes this incident and the security of information in our care very seriously. We are reviewing our existing security policies and have implemented additional measures to further protect against similar incidents moving forward.

### What You Can Do.

Horizon Actuarial encourages potentially impacted parties to enroll in the complimentary identity monitoring services and remain vigilant against incidents of identity theft and fraud by reviewing account statements and monitoring notices from their plans, including any Explanation of Benefits, and free credit reports for suspicious activity and to detect errors. Please also review the information contained in the below "*Steps You Can Take to Help Protect Your Information*."

### For More Information.

Individuals with questions about this event can call 1-855-541-3574, Monday through Friday, 8:00 a.m. to 5:30 p.m Central time.

## *Steps You Can Take to Help Protect Your Information*

### MONITOR YOUR ACCOUNTS

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion.  To order your free credit report, visit www.annualcreditreport.com or call, toll-free, 1-877-322-8228.  You may also directly contact the three major credit reporting bureaus listed below to request a free copy of your credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost.  An initial fraud alert is a 1-year alert that is placed on a consumer's credit file.  Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit.  If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting seven years.  Should you wish to place a fraud alert, please contact any one of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in your name without your consent.  However, you should be aware that using a credit freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.  Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report.  To request a security freeze, you will need to provide the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);

2. Social Security number;

3. Date of birth;

4. Addresses for the prior two to five years;

5. Proof of current address, such as a current utility bill or telephone bill;

6. A legible photocopy of a government-issued identification card (state driver's license or ID card, military identification, etc.); and

7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if you are a victim of identity theft.

Should you wish to place a fraud alert or credit freeze, please contact the three major credit reporting bureaus (**Equifax**, **Experian**, and **TransUnion**) listed below:

| Equifax | Experian | TransUnion |
|---------|----------|------------|
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 888-298-0045 | 1-888-397-3742 | 833-395-6938 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

You may further educate yourself regarding identity theft, fraud alerts, credit freezes, and the steps you can take to protect your personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or your state Attorney General.  The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue NW, Washington, DC 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261.  The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them.  You can obtain further information on how to file such a complaint by way of the contact information listed above.  You have the right to file a police report if you ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, you will likely need to provide some proof that you have been a victim.  Instances of known or suspected identity theft should also be reported to law enforcement and your state Attorney General.  This notice has not been delayed by law enforcement.

*For District of Columbia residents*, the District of Columbia Attorney General may be contacted at: 441 4th St. NW #1100 Washington, D.C. 20001; 202-727-3400; and oag@dc.gov.

*For Maryland residents*, the Maryland Attorney General may be contacted at: 200 St. Paul Place, 16th Floor, Baltimore, MD 21202; 1-410-528-8662 or 1-888-743-0023; and www.oag.state.md.us.

*For New Mexico residents*, you have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in your credit file has been used against you, the right to know what is in your credit file, the right to ask for your credit score, and the right to dispute incomplete or inaccurate information. Further, pursuant to the Fair Credit Reporting Act, the consumer reporting bureaus must correct or delete inaccurate, incomplete, or unverifiable information; consumer reporting agencies may not report outdated negative information; access to your file is limited; you must give your consent for credit reports to be provided to employers; you may limit "prescreened" offers of credit and insurance you get based on information in your credit report; and you may seek damages from a violator.  You may have additional rights under the Fair Credit Reporting Act not summarized here.  Identity theft victims and active-duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act.  We encourage you to review your rights pursuant to the Fair Credit Reporting Act by visiting www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

*For New York residents*, the New York Attorney General may be contacted at: Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1-800-771-7755; or https://ag.ny.gov/.

*For North Carolina residents*, the North Carolina Attorney General may be contacted at: 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-877-566-7226 or 1-919-716-6000; and www.ncdoj.gov.

*For Rhode Island residents*, the Rhode Island Attorney General may be reached at: 150 South Main Street, Providence, RI 02903; www.riag.ri.gov; and 1-401-

274-4400.  Under Rhode Island law, you have the right to obtain any police report filed in regard to this incident.  There are approximately 66 Rhode Island residents impacted by this incident.

Home | About Us | Our Services | Resources | Careers | Contact Us
Terms of Use | Website Privacy Policy | California Privacy Rights

Copyright 2007-2021. Horizon Actuarial Services, LLC. All rights reserved.

*In Memory of Brian Dailey*